PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

**FILED & ENTERED**

**APR 06 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

|  |  |
|---|---|
| In re: | ) Case No.: 2:15-bk-27209-BB |
|  | ) |
|  | ) Chapter 7 |
| **MARLON RODRIGUEZ,** | ) |
|  | ) **ORDER APPROVING STIPULATION TO** |
| Debtor(s). | ) **DISGORGE FEES PURSUANT TO 11** |
|  | ) **U.S.C. § 329 AND TO COMPLY WITH** |
|  | ) **ELECTRONIC FILING PROCEDURE** |
|  | ) **FOR ATTORNEY RONALD A.** |
|  | ) **NORMAN, CALIFORNIA BAR NO. 62282** |
|  | ) |
|  | ) [NO HEARING SET] |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

After consideration of the Stipulation to Disgorge Fees pursuant to 11 U.S.C. § 329 and for

Electronic Filing Procedure Compliance ("Stipulation"), filed by the U.S. Trustee on April 6, 2016

[Docket No.19], and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.     The Stipulation is **APPROVED**;

2.     Marlon Rodriguez ("Debtor") does not owe any further fees to attorney Ronald A.

Norman in connection with this bankruptcy case;

3.     Attorney Ronald A. Norman, California Bar No. 62282, shall:

- 1 -

a.  **Within 30 days of the Entry of this order**:

(1) Return to the Debtor $800 in certified funds payable to Marlon Rodriguez; and

(2) File a declaration stating that he returned $800 to the Debtor and attach proof of payment;

b.  **On a going-forward basis**:

(1) Review the Court Manual regarding requirements for electronic filing of documents;

(2) Comply with all requirements for electronic filing of documents;

(3) Have all debtors sign a new electronic filing declaration for each document filed with a "/s/";

(4) Implement policies to ensure original signatures are obtained after a debtor reviews that document to be filed and retained for the relevant period stated in the Court Manual;

(5) Train his/her staff to ensure that they comply with the Court's electronic filing procedures; and

(6) Continually monitor all office staff to ensure continued compliance with the Court Manual and the Court's electronic filing procedure and be responsible for all non-compliance by his staff members.

IT IS SO ORDERED.

# # #

Date: April 6, 2016

Sheri Bluebond
United States Bankruptcy Judge