Ronald A. Norman (SBN 62282)
The Law Offices of Ronald A. Norman
5404 Whitsett Ave, Suite 133
Valley Village, CA 91607
Phone: 818 761-7181
Fax: 818 761-7171
ronaldanorman@sbcglobal.net

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re:

MARLON RODRIGUEZ,

    Debtor(s).

Case No.: 2:15-bk-27209-BB
Chapter 7

DECLARATION OF RONALD A. NORMAN PURSUANT TO STIPULATION TO DISGORGE FEES PURSUANT TO 11 U.S.C. 329 AND FOR ELECTRONIC FILING PROCEDURE COMPLIANCE

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, AND ALL PARTIES IN INTEREST.**

Pursuant to the Stipulation to Disgorge Fees signed by the undersigned and pursuant to the Order Approving Stipulation to Disgorge Fees in the above-entitled case, I, Ronald A. Norman declare:

1. I was the attorney of record in the above-entitled bankruptcy.
2. The total attorney fees in the above-entitled bankruptcy were $800.00

1

DECLARATION OF RONALD A. NORMAN

3. On May 5, 2016 I paid MARLON RODRIGUEZ all the attorney fees that I received from him.

4. A copy of the money order dated May 5, 2016 in the amount of $800.00 payable to MARLON RODRIGUEZ is attached hereto as EXHIBIT A.

5. A Declaration of MARLON RODRIGUEZ acknowledging receipt of said $800.00 is attached hereto as EXHIBIT B.

6. The Debtor, MARLON RODRIGUEZ owes no further attorney fees in connection with the instant case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 6, 2016    Executed at Los Angeles, California.

_____
Ronald A. Norman

# EXHIBIT A



# EXHIBIT B

THE LAW OFFICES OF RONALD A NORMAN
Ronald A Norman SBN 62282
Law Offices of Ronald A Norman
5404 Whitsett Avenue, Suite 133
Valley Village, CA 91607
818-761-7181
Fax : 818-232-9283
ronaldanorman@sbcglobal.net

Attorney for Debtor Marlon Rodriguez

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| In re: | Case number: 2:15-bk-27209-BR |
|---|---|
| MARLON RODRIGUEZ | DECLARATION OF MARLON RODRIGUEZ |
| Debtor | |

I, Marlon Rodriguez declare:

1. I was the Debtor in the chapter 7 bankruptcy case identified as bankruptcy case number 2:15-bk-27209-BR and as such I am personally familiar with the facts set forth in this declaration, except as to those known to me on information and belief, whereby if called upon to do so, I could and would be able to competently testify to the following:

DECLARATION OF MARLON RODRIGUEZ

1

2. On or about November 7, 2015, I engaged the services of the Law Office of Ronald A. Norman in connection to the above-mentioned bankruptcy case and agreed to pay a fee of eight hundred dollars ($800.00) for those services.

3. I hereby acknowledge that I have received the amount of eight hundred dollars ($800.00) representing a full refund of said fee.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed, this MAY 5, 2016, at LA PUENTE, California.

_____
Marlon Rodriguez

DECLARATION OF MARLON RODRIGUEZ

2

## SERVICE LIST

Hatty Yip
Office of the U.S. Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
FACSIMILE : (213) 894-2603

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 5404 Whitsett Avenue, Suite 133 Valley Village, CA 91607.

On May 6, 2016, I served the foregoing document described as:

### DECLARATION OF RONALD A. NORMAN

### SEE ATTACHED SERVICE LIST

[ ] **BY MAIL**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing in this affidavit.

[x] **BY CERTIFIED MAIL**

I placed a true copy in a sealed envelope addressed as indicated above via certified mail, return receipt requested.

[ ] **BY EMAIL TRANSMISSION**

I caused the foregoing to be sent by email to the below email addresses.

[x] **BY FACSIMILE**

I personally sent to the addressee's facsimile number a true copy of the above-described document(s). Prior to sending I obtained their permission to fax a copy. I verified transmission with a confirmation by the recipient or by the facsimile the server utilized.

[ ] **BY OVERNIGHT DELIVERY**

I placed a true copy in a sealed envelope of Federal Express, or UPS, addressed as indicated above for overnight delivery.

[ ] **BY PERSONAL DELIVERY**

Executed on May 6, 2016 at Los Angeles, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct to the best of my knowledge.

_Ronald A. Norman_
Ronald A. Norman

3

DECLARATION OF RONALD A. NORMAN